# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHATINA GRADY and DANIEL GRADY,

    Plaintiffs,

v.

SGT. DEPUTY JOHN CRATSENBURG, DEPUTY AUSTIN PEARSON, DEPUTY DANIEL BUFFA, and OFFICER BRYAN GERWIG,

    Defendants.

Case No. 5:22-cv-11142

Hon. F. Kay Behm

| | |
|---|---|
| Trovious M. Starr (P79638)<br>STARR LAW, PLLC<br>2500 Packard Street, Suite 106<br>Ann Arbor, MI 48104<br>(678) 491-8820<br>starrlawpllc@gmail.com<br>*Attorneys for Plaintiffs*<br><br>Audrey J. Forbush (P41744)<br>Michael D. Hanchett (P80974)<br>PLUNKETT COONEY<br>111 E. Court Street, Suite 1B<br>Flint, MI 48502<br>(810) 342-7014<br>aforbush@plunkettcooney.com<br>*Attorneys for Defendant Gerwig* | Keith E. Eastland (P66392)<br>Amy E. Murphy (P82369)<br>Amanda Rauh-Bieri (P83615)<br>MILLER JOHNSON<br>45 Ottawa Avenue SW, Suite 1100<br>Grand Rapids, MI 49503<br>(616) 831-1700<br>eastlandk@millerjohnson.com<br>murphya@millerjohnson.com<br>rauhbieria@millerjohnson.com<br>*Attorneys for Defendants Cratsenburg, Pearson, and Buffa* |

## **Stipulation and Order to Extend Defendants' Expert Deadline 14 Days**

    The parties, by their respective counsel, hereby stipulate to extend the deadline for filing of the defendants' expert disclosure and report deadline, currently

set for August 1, 2024, by 14 days, to August 15, 2024. (*See* ECF No. 51). The proposed stipulated extension does not amend any other scheduling deadlines or any other portion of the Court's case management order.

**STIPULATED AND AGREED TO:**

<u>*/s/ Trovious M Starr (with permission)*</u>
Trovious M. Starr (P79638)
STARR LAW, PLLC
2500 Packard Street, Suite 106
Ann Arbor, MI 48104
(678) 491-8820
starrlawpllc@gmail.com
*Attorneys for Plaintiffs*

<u>*/s/ Audrey J. Forbush (with permission)*</u>
Audrey J. Forbush (P41744)
Michael D. Hanchett (P80974)
PLUNKETT COONEY
111 E. Court Street, Suite 1B
Flint, MI 48502
(810) 342-7014
aforbush@plunkettcooney.com
*Attorneys for Defendant Gerwig*

<u>*/s/ Amanda L. Rauh-Bieri*</u>
Keith E. Eastland (P66392)
Amy E. Murphy (P82369)
Amanda Rauh-Bieri (P83615)
MILLER JOHNSON
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503
(616) 831-1700
eastlandk@millerjohnson.com
murphya@millerjohnson.com
rauhbieria@millerjohnson.com
*Attorneys for Defendants Cratsenburg, Pearson, and Buffa*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SHATINA GRADY and DANIEL
GRADY,

      Plaintiffs,

v.                                               Case No. 5:22-cv-11142

SGT. DEPUTY JOHN               Hon. F. Kay Behm
CRATSENBURG, DEPUTY
AUSTIN PEARSON, DEPUTY
DANIEL BUFFA, and OFFICER
BRYAN GERWIG,

      Defendants.

| | |
|---|---|
| Trovious M. Starr (P79638) | Keith E. Eastland (P66392) |
| STARR LAW, PLLC | Amy E. Murphy (P82369) |
| 2500 Packard Street, Suite 106 | Amanda Rauh-Bieri (P83615) |
| Ann Arbor, MI 48104 | MILLER JOHNSON |
| (678) 491-8820 | 45 Ottawa Avenue SW, Suite 1100 |
| starrlawpllc@gmail.com | Grand Rapids, MI 49503 |
| *Attorneys for Plaintiffs* | (616) 831-1700 |
| | eastlandk@millerjohnson.com |
| Audrey J. Forbush (P41744) | murphya@millerjohnson.com |
| Michael D. Hanchett(P80974) | rauhbieria@millerjohnson.com |
| PLUNKETT COONEY | *Attorneys for Defendants Cratsenburg,* |
| 111 E. Court Street, Suite 1B | *Pearson, and Buffa* |
| Flint, MI 48502 | |
| (810) 342-7014 | |
| aforbush@plunkettcooney.com | |
| *Attorneys for Defendant Gerwig* | |

## **Order to Extend Defendants' Expert Deadline 14 Days**

      Having reviewed the parties' stipulation, and being otherwise fully advised

in the premises,

IT IS HEREBY ORDERED that:

The Court's case management order [ECF No. 51] is amended as follows:

The deadline for Defendants' Expert Disclosures and Report, set for August 1, 2024, is extended by 14 days, to August 15, 2024. (*See* ECF No. 51).

**SO ORDERED**.

Date: August 1, 2024        s/F. Kay Behm
                            F. Kay Behm
                            United States District Judge