UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHATINA GRADY and DANIEL
GRADY,

   Plaintiffs,

v.

JOHN CRATSENBURG and
AUSTIN PEARSON,

   Defendants.

_____ /

Case No. 22-cv-11142

Hon. F. Kay Behm
United States District Judge

**ORDER GRANTING SUMMARY JUDGMENT TO DEFENDANTS <u>ON COUNT I</u>**

Consistent with the opinion and order and mandate issued in this case by the Sixth Circuit Court of Appeals (ECF Nos. 89, 90), which reversed the denial of summary judgment (ECF No. 80) as to Count I, Defendants' motion for summary judgment (ECF No. 69) is **GRANTED** as to Count I. As that was the only remaining count following the order at ECF No. 80, which was otherwise unaffected by Defendants' appeal, this is a final order and closes the case. A separate judgment will follow.

**SO ORDERED**.

Date: April 16, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

1