UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHATINA GRADY and DANIEL
GRADY,

       Plaintiffs,

v.

JOHN CRATSENBURG and
AUSTIN PEARSON,

       Defendants.
_____ /

Case No. 22-cv-11142

Hon. F. Kay Behm
United States District Judge

## **JUDGMENT**

     **IT IS ORDERED AND ADJUDGED** that pursuant to the court's

orders granting summary judgment to the remaining Defendants on all

counts, judgment is entered in favor of Defendants.

     **SO ORDERED**.

Date: April 16, 2026              s/F. Kay Behm
                               F. Kay Behm
                               United States District Judge

1